UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| George E. Kersey, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 16-10495-LTS |
| ) | |
| Becton Dickinson and Co., et al, ) | |
| ) | |
| Defendants. ) | |

ORDER OF ENJOINMENT

January 9, 2018

SOROKIN, J.

On November 2, 2017, counsel for Defendant Becton Dickinson and Co. ("BD") filed a letter seeking to have the Court order Plaintiff George E. Kersey ("Kersey") to show cause why he should not be further sanctioned in a manner that prevents him filing frivolous or vexatious claims against BD. See Docket No. 47. The letter, a copy of which was sent to Kersey, outlines Kersey's conduct since the dismissal of this action on October 17, 2016. Id.

On December 14, 2017, Kersey was ordered to show cause why he should not be enjoined from filing any pleadings or documents concerning Becton Dickinson and Co. without first obtaining permission from the Court. See Docket No. 50. The Court's records indicate that Kersey has not responded to the Court's December 14, 2017 Order and the time to do so expired. See Docket. Accordingly, it is hereby ORDERED that:

1. Plaintiff George E. Kersey is ENJOINED from filing any further pleadings in this action and from filing any additional or new claims, cases, complaints, or other documents concerning Becton Dickinson and Co., except to effect an appeal of the Order contained

herein, without first obtaining written approval of a judge of this Court by filing a written petition seeking leave of Court to do so.

2. If Kersey seeks leave of Court, he shall file a written petition that strictly complies with the following requirements:

    a) the petition must be clearly entitled "Petition for Leave to File Documents by Enjoined Litigant Pursuant to the Court's January 9, 2018 Enjoinment Order";

    b) the petition must include a certification under oath there is a good-faith basis for the proposed filing, and provide reasons supporting the filing;

    c) a copy of this order shall be attached as an exhibit to the petition; and

    d) copies of complete documents that Kersey seeks leave to file shall be attached to the petition as exhibits.

If a compliant petition is filed, the Clerk shall accept the petition and exhibits, mark them received, and forward them for action on the petition to a judge of this Court authorized to act on matters on the Miscellaneous Business Docket of the Court.

3. Any documents which are submitted for filing by Kersey in violation of this Order of Enjoinment shall not be filed or docketed by the Clerk's Office, but shall be returned to Kersey.

4. Kersey is <u>WARNED</u> that any failure to comply with this Order may result in additional sanctions, including but not limited to costs, monetary sanctions and contempt proceedings.

                                                  SO ORDERED.

                                                  /s/ Leo T. Sorokin
                                                  Leo T. Sorokin
                                                  United States District Judge